UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**SHELIA DELOIS NEWBORN,**

    **Plaintiff,**

v.                                                              Cv. No. 12-2038-JTF


**ALLIED CLINIC, LLC., et al,**

    **Defendants.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal entered on April 4, 2013.


**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK

April 4, 2013                           s/Lorri Fentress
DATE                                    (By) LAW CLERK